Mr. Wilkinson, you may begin. Thank you, Your Honor. May it please the Court, I'm Bill Wilkinson here to represent the appellants. And in my next words, I hope I can do at least two things. One is to state a principle of American jurisprudence concerning the, to date, disparate results in Shoshone and in this case. And the second is to dispel a myth or solve a mystery, which will help us all to understand why the results in this case and Shoshone have been different to date, but should in fact be the same. As to the first of my hopes, once this Court ruled in Shoshone that the statute of limitations in a breach of trust case against the United States doesn't run until an accounting is which that principle had been applied to the administration of a statute of limitations in a case involving the grant or allotment or distribution of Indian lands. It was, however, and Shoshone was not, however, the first case in which that issue arose. That issue arose in this case after the, resulting in the 2008 decision of the trial court and the subsequent appeal in this court, which affirmed, without opinion, the lower court's dismissal. Now, why was the result different? I think it is because a myth has been, perpetrated is a strong word, but a myth has been in circulation in this case. And that myth is, again, repeated by the government on virtually every page of its brief in this appeal. And that myth is that the lower court, in my case, ruled that there is no trust relationship between the government and the plaintiffs, the appellate. Do you have any authority, Counselor, that shows that there is a trust relationship between the government and your clients? Absolutely. The freedmen? Absolutely. What authority is that? The clearest is public law, or the Act of 1908, Section 6 and Section 2. Do you have any case law interpreting that Act that would stand for that proposition? No, we stand on the language of the Congressional enactment, Your Honor. But there's been cases that have interpreted that, correct? There have, indeed, been. There's case law that has not recognized, that has failed or has not recognized a freedman as having a trust relationship with the government. There are cases which have in other contexts. For example, in this very case, the complaint in this very case made a series of allegations of breach of trust by the government. Some of them were rejected by the court below. For example, a trust responsibility, a fiduciary responsibility to oversee the allotment of lands by the Indian tribes to the freedmen. The court rejected that and said, no, there's no fiduciary duty there. So yes, there have been cases where it's been found that specific fiduciary duties, fiduciary Wasn't there also a finding there was no general trust relationship? Yeah, and it's likewise. It has been found in some cases, including below in 2008, that there's no general trust relationship. But none of that makes any difference here today. That's the myth. What I'm sensing here today is the continued belief that there's no trust relationship. Well, it's not a belief. It's law of the case. No, it is. The length of the... The Court of Federal Claims held no trust relationship, and we affirm that. No, that's not what the lower court found. We can scour the lower court's decision from 2008, and we will not find a ruling as broad as the proposition that there's no trust relationship. There is no... Between the government and the Indian tribes, there is an overarching general fiduciary relationship that's been found to exist. That has not been found to exist with respect to the freedmen. That's understood. However, when we go to the act of 1908, we find, despite the fact that there's no... You're trying to argue to us that there is a trust relationship, and we should find so as a matter of first impression, because certainly there is no lower court finding anywhere that there's a trust relationship. Correct? That's correct. Okay, and this case went to final judgment, and so you have to have an intervening or a new rule of law for us to be willing to reopen it. And the new rule of law is Shoshone Indian tribe. Correct. Shoshone Indian tribe, as I understand it, there was an established trust relationship. There wasn't a question over whether there should or shouldn't be a relationship. It was only a question over when there is such a relationship, what should the statute of limitations period be? You understand that to be the holding of Shoshone? I don't disagree. Okay. So I don't see how that creates a basis for you to come into court and argue to us that we should find, as a matter of first impression, or order the trial court to consider as a matter of first impression, whether a trust relationship exists for your client, because the precedent you've cited to us isn't authority pertaining to whether a relationship exists. It's only authority pertaining to when a relationship has been found to exist, this is the period of time. I understand that. But I think that both the ruling of the lower court in 2008 and the approval of that on appeal are based upon the mistaken premise that there is no trust relationship of any kind. But Shoshone doesn't give us a basis to revisit that. Shoshone would only give us a basis for reconsidering what the statute of limitations should be if you had established a trust relationship. But it doesn't at all pertain to what circumstances do or don't establish such a relationship. So your problem, it seems to me, is that you haven't cited to us authority that gives us the right to revisit any of this. Well I think that whether or not there have been prior judicial rulings on the question of the existence of any trust relationship or fiduciary duty owed by the government, the Act of 1908 in Section 6 expressly provides that the government has fiduciary responsibilities to assure, especially with respect to minor freedmen, that once they receive their allotments as one of the appellants, Leatrice Tanner Brown's grandfather did at age five, that those interests were properly protected by the establishment of a guardian program and administration by the probate courts in the state of Oklahoma. There's not an overarching, we're not alleging there's an overarching fiduciary relationship. We're saying that this statute creates a very specific one which has been disregarded by the court below and by this court in the prior appeal. Tell us, we have a precedent before us. What is it about Shoshone that you argue has changed circumstances in that precedent? Until Shoshone, there was not an articulation, to my knowledge, of the proposition that the statute of limitations doesn't commence to run until the publication of an accounting. In 2008, the lower court expressly found that this cause of action, or this claim, if it ever accrued, accrued in the early 1900s and that the statute of limitations long ago expired. Shoshone teaches us that despite the fact that the claim may have arisen in the early 1900s, as the lower court found, that the statute of limitations in the case has not, in fact, yet begun to run on the prosecution of that claim because no accounting or repudiation has ever been issued by the government. And I reserve the balance of my time for rebuttal, if I may. Thank you, Mr. Wilkinson.  May it please the court. I'm Elizabeth Ann Peterson here from the Justice Department on behalf of the United States. The United States' position is that this court lacks jurisdiction in the first instance because the lower court did not enter a final appealable decision on the motion that was filed post-judgment in this case. What would you want us to do? You'd want us to dismiss for lack of jurisdiction? And what would happen then? Your Honor, the status quo wouldn't change from that dismissal because what happened here was that the lower court returned unfiled a motion that presumably did not conform with the Court of Federal Claims rule. In its order sending that motion back unfiled, the lower court judge observed that the law of the case is that there is no trust duty to the plaintiffs here, which might give guidance as to what a proper post-judgment motion would need to contain. But what the lower court appears to have ruled, as best we can tell from the very limited record here, is that the motion that was filed was not in compliance with its rules and therefore could not be filed. No judgment was made on that motion. Apparently, the clerk returned the motion with the statement that because the case to which it relates is closed. What's not final about that? Your Honor, as I read that order, that is an observation as to the law of the case here, which is that there is no trust duty to these plaintiffs, but it does not have the effect of rejecting the motion. The motion has already been rejected by the clerk. That order says, yes, go ahead and send it back. And by the way, there's a ruling in this case that would indicate that this particular motion could not possibly be presenting the necessary exceptional circumstances to justify reopening the final judgment. The CFC said, we agree with the clerk that this motion is inappropriate because a case to which it relates is closed. Isn't that final? Well, that is final, but that is a final decision. Give us jurisdiction then. I beg your pardon? Why would that not vest us with jurisdiction if we have a final decision from the court below? Well, that is final as to the propriety of that motion for filing in the Court of Federal Claims. It does not say the motion should be rejected for a substantive reason. It does not, in other words, deny the motion. It only says the motion should be returned. But it explains that even if it were a proper motion, it should be denied because the basis, the presumable exceptional circumstances that the motion attempts to present are contrary to the rule of the case here. And we view the lower court's decision as possibly having alternative holdings. Is that one way in which you would interpret it? We don't think this motion is proper, but even if it is, here's the ruling on it. Your Honor, only to the extent that it is rejecting unfiled, a piece of paper that has come to the clerk and does not comport with the rules. If it were treated as a substantive ruling on the motion, which, as we explained, that appellants appeared to believe it is, it might be read as presenting alternative reasons. One, it's an improper motion. Two, it is even a proper, not something that would warrant reopening. It is substantively subject to denial as a matter of law. What happens if we agree with you and dismiss and say that there's no jurisdiction in this court because this isn't a final ruling below? Doesn't that just continue this case for many more years to come below? Only if the appellants continue to file improper motions. Well, wait, why is the motion improper? Why would it be? These sorts of motions are not generally improper. What's improper about this one? Well, unfortunately, from the record here, we don't know what the clerk of court believed was wrong with this, but it is a motion to vacate, and it is filed in a case in which final judgment has been entered and affirmed. Well, once again, we do know what the court said. It said, we agree with the clerk that this motion is inappropriate because a case to which it relates is closed. Then it goes on and says the plaintiffs are likely subject to restitution of principles as well. Then it goes on and actually speaks as to the merits. Right. The order returning it makes that observation. That provides guidance. Because what was done was that a piece of paper came to the court that should not be filed. The court declined to file it. Why? Because the case is closed, Your Honor. I believe it's not— In closed cases, motions can be filed to reopen them based on a change in precedent, correct? Isn't that a principle of civil procedure that exists? Absolutely, it is. And that is why I suggested that. We don't really know. But my guess is that because it's not a motion to reopen and is instead a motion to court, that the court did not believe that it complied with its rules. Had they filed a proper motion to reopen, they might have gotten consideration of that. But the court's order explains what the result of that consideration would have been. To what extent does this— There was some question I saw on the record about a previous attorney filed a motion and that attorney was disqualified. What— Does that play into this at all? I don't know, Your Honor. But in fact, the very motion that I received upon my request to understand what this appeal was actually from, because I believed that it was from the one that had been stricken from the record, but in fact, the appellant took the position in opposing my motion to dismiss that they had pro se filed a different motion. So I made requests for that. And what I received was actually the same motion, the one that had been filed previously and had been rejected because the counsel filing it had been suspended from practice. So I assume that that means that the motion that was later rejected was, in fact, the same one. And whether it was because it was just a refiling of a motion that had already been rejected for that reason, or whether it was for the reason that it was a motion to vacate and not a motion to reopen, I do not know. But just to pick up a little bit on what Judge Moore and Judge Rain were saying, why can't we really just, you know, sort of as a practical matter, view this as a decision by the Court of Federal Claims for the reasons stated in that brief order by the court, not the clerk, rejecting or denying the 60B motion in effect? I mean, wouldn't that really get the case resolved one way or the other? That might be a pragmatic way to approach a case like this, Your Honor. My understanding, though, is that this court's jurisdiction would be limited to a ruling of the court that affected the rights and claims of the parties. Why doesn't that do this? Well, Your Honor— In effect, because of what is said in that albeit brief order. There is nothing stopping this court from regarding that order as a denial of the motion. I don't believe that that is what it is, but it does explain what would happen in the event that a proper motion had been presented to that court, in all likelihood. It doesn't rule. It merely observes that the law of the case is that there is no trust duty to these parties or plaintiffs. Now, getting on to that point, opposing counsel makes the argument that the 2008 decision, which is kind of the core decision here, I guess, doesn't speak to the issue of the absence of a trust relationship. What's your response to that? Well, Your Honor, as we understand the law in this area, it is not a general trust relationship that would be necessary in order for the plaintiffs here to have stated a Tucker Act claim for damages. They would have had to identify a particular trust duty in the treaties that they based their complaint on to these plaintiffs. The court, in its 2008 ruling, concluded that the treaties that were identified in its complaint did not contain any such duty to these plaintiffs. And that would be—would that be the—I guess at page 201 where it says the 1866 treaties did not create a governmental obligation? And it goes on through—that's the language to which you're referring? Yes, Your Honor. And this court affirmed that, and affirmed it a second time in response to an earlier post-judgment motion by the plaintiffs. This morning, Mr. Wilkinson relies on the Act of 1908 as the basis for consideration of some kind of trust obligation, but that statute is not identified in its complaint. And the complaint—the basis of the complaint is an alleged duty under the post-war treaties to allot lands to the plaintiffs. Isn't the allotment plan or the allotment regime—wasn't that established partly under the Public Act of 1908? It may have been, Your Honor, but the claims in the complaint don't identify that and are based on the failure to allot land, not the mismanagement of lands that were allotted. So this morning's argument does not appear to me to relate in any way to the complaint in this case, is what I—and what my point was with regard to the 1908 statute. That is not identified as any kind of basis for the claims in this case—in the complaint, which is not in the record here, but I'd be happy to provide it. It was attached to our earlier appellate brief in the 2008. case. So in any event, the United States believes that this case should be dismissed for one of a number of reasons. We believe that there is no appellate jurisdiction, but even if the motion—the order below were treated as a denial of the motion to reopen, it would have to be affirmed because there at this point in time, under 12b-6, would have to be exceptional circumstances. And not only would a change of law ordinarily not be such an exceptional circumstance, but the purported change of law in this case didn't change anything relevant to this case and, in fact, is not a change in the law. So if there are no further questions. Thank you, Peterson. Mr. Wilkinson? Regarding the question that was just under consideration, a trust duty imposed on the  in this case, we're alleging that it derives from a statute which imposes specific fiduciary responsibilities upon the government with respect to the freedmen, not the Indian tribes, but the freedmen, including the duty to counsel and advise a latiz, adult or minor, having restricted lands of all their legal rights, and with respect to minors, even to monitor, investigate, and prosecute those who infringe on the rights of those minors. Was this claim articulated in the complaint? Complaint paragraph four includes a claim that the department failed to provide the requisite assistance and counsel to the beneficiaries to prevent their exploitation by persons desiring to misappropriate their land. I don't think there's a question whether that duty exists under the statute and whether it was pled in the complaint. With respect to the lower court's disposition of the post-trial motion, the fact that the case is closed seems unremarkable because I imagine that's the circumstance when many Rule 60 motions are filed. You would want us to really view the order from the Court of Federal Claims as, for jurisdictional purposes, a denial of the 60B motion. Indeed. Indeed. And in fact, the court goes on, as Judge Reyna pointed out, and even expresses the reasons why the motion itself would be considered non-meritorious on the merits. The race judicata issue, the recitation that there's no relationship between the United States and the plaintiffs and so forth. So I think the judge has made it pretty clear here that he's rejecting the filing and that he's expressing the reasons why it would fail on the merits. And to return then finally to the point of the beginning of my remarks this morning, I believe it is the case that under Rule 60B-6, Shoshone is a development which illuminates the problem with the prior decision, in this case in 2008 by the court below. And that is that while the court may have made proper rulings with respect to whether other kinds of trust relationships did or didn't exist between the government and the freedman, in particular the minor freedman, it is clear that the lower court completely disregarded the branch of the complaint which I just quoted for you concerning the specific fiduciary duty imposed by Congress in the act of 1908. And that it is only via the illumination provided to Shoshone that the myth that there is no trust relationship owed by the government to the freedman has been exposed. And that's the basis on which the motion which the court below rejected for filing and thereby rejected should be reversed. And this case should be submitted for actual adjudication. Thank you. I thank both counsel. Case is taken under submission.